IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LEE A. CRAFT, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cv-02453-SHL-cgc |
| ) | |
| ST. JUDE CHILDREN'S RESEARCH ) | |
| HOSPITAL, INC., ) | |
|    Defendant. ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's <u>pro se</u> Complaint (ECF No. 1), filed July 13, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Adopting Report and Recommendation and Granting Defendant's Motion for Summary Judgment (ECF No. 32), filed December 11, 2023, all claims in this matter are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 56.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 11, 2023
Date