UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 18, 2024
KELLY L. STEPHENS, Clerk

No. 24-5115

LEE A. CRAFT,

    Plaintiff-Appellant,

v.

ST. JUDE CHILDREN'S RESEARCH HOSPITAL,

    Defendant-Appellee.

Before: COLE, READLER, and BLOOMEKATZ, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Tennessee at Memphis.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk